| | |
|---|---|
| HOLLY T. SHIKADA | 4017 |
| Attorney General of Hawai'i | |

| | |
|---|---|
| JOHN H. PRICE | 2576 |
| KIMBERLY T. GUIDRY | 7813 |
| DAVID D. DAY | 9427 |
| JENNIFER H. TRAN | 11590 |

Deputy Attorneys General
Department of the Attorney General
425 Queen Street
Honolulu, Hawai'i 96813
Telephone:  (808) 586-1360
Email: john.h.price@hawaii.gov
      kimberly.t.guidry@hawaii.gov
      david.d.day@hawaii.gov
      jennifer.h.tran@hawaii.gov

Attorneys for Defendant
HOLLY T. SHIKADA, in her
Official Capacity as the Attorney
General of the State of Hawai'i

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON ABBOTT, KEVIN LLOYD L. KACATIN, SOLEIL ROACHE,<br><br>          Plaintiffs,<br><br>v.<br><br>HOLLY T. SHIKADA, in her Official Capacity as the Attorney General of the State of Hawaii,<br><br>          Defendant. | CIVIL NO. 1:20-cv-00360-RT<br><br>DEFENDANT HOLLY T. SHIKADA'S SECOND SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE<br><br>Scheduling Conference:<br>Date: October 14, 2022<br>Time: 8:45 a.m.<br>Magistrate Judge Rom Trader<br><br>Judge: Rom Trader |

| | Trial: Not Set |
|---|---|

# DEFENDANT HOLLY T. SHIKADA'S SECOND
# SCHEDULING CONFERENCE STATEMENT

Defendant HOLLY T. SHIKADA, in her Official Capacity as the Attorney General of the State of Hawaiʻi (hereinafter "Attorney General"), submits this Second Scheduling Conference Statement pursuant to Rule 16 of the Federal Rules of Civil Procedure ("FRCP") and Rule 16.2(b) of the Local Rule of Practice for the United States District Court for the District of Hawaii.[1]

1. <u>Short Statement of the Case</u>

On September 30, 2020, Plaintiffs filed their First Amended Complaint ("FAC") that asserts a Second Amendment as-applied and facial challenge to HRS § 134-8(c), which states:

> The manufacture, possession, sale, barter, trade, gift, transfer, or acquisition of detachable ammunition magazines with a capacity in excess of ten rounds which are designed for or capable of use with a pistol is prohibited. This subsection shall not apply to magazines originally designed to accept more than ten rounds of ammunition which have been modified to accept no more than ten rounds and which are not capable of being readily restored to a capacity of more than ten rounds.

HRS § 134-8(c); FAC, Dkt. 8, ¶¶ 13, 45–47.

---

[1] The Attorney General filed her first Scheduling Conference Statement prior to the administrative closing (and reopening) of the case. Dkt. 16. This Second Scheduling Conference Statement supersedes that document.

2

The FAC was filed before the recent U.S. Supreme Court case of *New York State Rifle & Pistol Association, Inc. v. Bruen*, 142 S. Ct. 2111 (2022), and expressly relied upon the three-judge panel decision of *Duncan v. Becerra*, 970 F.3d 1133 (9th Cir. 2020), which applied strict scrutiny and invalidated a California statute concerning pistol magazine capacity.  After the Ninth Circuit took up *Duncan en banc*, this Court administratively closed the case pending resolution of *Duncan*.  Dkt. 19.  The *en banc* Ninth Circuit reversed the three-judge panel, holding that the California statute did not violate the Second Amendment, applying intermediate scrutiny.  *Duncan v. Bonta*, 19 F.4th 1087 (9th Cir. 2021).  After *Bruen*, the U.S. Supreme Court GVR'd *Duncan*, and the Ninth Circuit vacated the *en banc* decision and remanded the case to the district court for consideration in light of *Bruen*.  142 S. Ct. 2895 (2022); 2022 WL 4393577 (9th Cir. Sept. 23, 2022).

2.   Jurisdiction and Venue

Plaintiffs allege that this Court has jurisdiction over their claims pursuant to 28 U.S.C. §§ 1331, 1343, 2201, 2202, and 42 U.S.C. §§ 1983 and 1988, and venue pursuant to 28 U.S.C. § 1391.  Venue appears to be proper in the District of Hawaii because a Hawaiʻi statute is being challenged by alleged Hawaiʻi residents.  The Attorney General reserves her right to challenge this Court's subject-matter

jurisdiction and asserts all applicable defenses and immunities, including Eleventh Amendment immunity and sovereign immunity.

3. <u>Jury Trial</u>

Plaintiffs have not demanded a jury trial pursuant to FRCP Rule 38.

4. <u>Appropriateness, Extent, and Timing of Disclosures</u>

The parties have agreed that the Initial Disclosures required by FRCP Rule 26(a) will be due on or before sixty (60) days after the completion of the Scheduling Conference.

5. <u>Discovery Completed, Discovery in Progress, Motions Pending, and Hearing Dates</u>

Discovery has not begun, and there are no motions pending.

6. <u>Appropriateness of Special Procedures or Other Matters</u>

The parties have consented to the have this matter heard by Magistrate Judge Rom Trader.

7. <u>Related Cases</u>

- *Duncan v. Bonta*, 3:17cv1017-BEN (JLB) (S.D. Cal.) (pending case involving challenge to the constitutionality of California's statute concerning large capacity magazines).

- *Ass'n of New Jersey Rifle & Pistol Clubs Inc. v. Attorney General New Jersey*, 3:18-cv-10507 (PGS) (LHG) (D.N.J.) (pending case involving

challenge to the constitutionality of New Jersey's statute concerning capacity of firearm magazines).

- *National Ass'n for Gun Rights v. Shikada*, No. 1:22-cv-00404-DKW-RT (D. Haw.) (challenging the constitutionality of HRS § 134-8's prohibition on certain firearms and, also, certain magazines, like in this case).

8. <u>Additional Matters</u>

Pursuant to Local Rule 26.1(c), the Attorney General states that at the meet and confer between the parties held on October 4, 2022, the parties discussed alternative dispute resolution options, including, without limitation, the option of participation in the court's mediation program.  The Attorney General is prepared to consider this matter further and discuss options at the scheduling conference.

DATED:   Honolulu, Hawaiʻi, October 6, 2022.

HOLLY T. SHIKADA
Attorney General of Hawaiʻi

/s/ David D. Day
JOHN H. PRICE
KIMBERLY T. GUIDRY
DAVID D. DAY
JENNIFER H. TRAN
Deputy Attorneys General

Attorneys for Defendant
HOLLY T. SHIKADA, in her Official Capacity as the Attorney General of the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON ABBOTT, KEVIN LLOYD L. KACATIN, SOLEIL ROACHE,<br><br>Plaintiffs,<br><br>v.<br><br>HOLLY T. SHIKADA, in her Official Capacity as the Attorney General of the State of Hawaii,<br><br>Defendant. | CIVIL NO. 1:20-cv-00360-RT<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing document was filed and served electronically through CM/ECF on the following:

    Alan Alexander Beck
    Law Office of Alan Beck
    2692 Harcourt Drive
    San Diego, California 92123

    Stephen D. Stamboulieh
    Stamboulieh Law, PLLC
    P.O. Box 428
    Olive Branch, Mississippi 38654

    Attorney for Plaintiffs

DATED:    Honolulu, Hawai'i, October 6, 2022.

                                                        HOLLY T. SHIKADA
                                                        Attorney General of Hawai'i

                                                        /s/ David D. Day
                                                        JOHN H. PRICE
                                                        KIMBERLY T. GUIDRY
                                                        DAVID D. DAY
                                                        JENNIFER H. TRAN
                                                        Deputy Attorneys General

                                                        Attorneys for Defendant
                                                        HOLLY T. SHIKADA, in her
                                                        Official Capacity as the Attorney
                                                        General of the State of Hawai'i