IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON ABBOTT, | ) | 1:20-CV-00360-RT |
| | ) | |
| Plaintiff, | ) | |
| | ) | RULE 16 SCHEDULING ORDER |
| vs. | ) | |
| | ) | |
| HOLLY T. SHIKADA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### RULE 16 SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16 and LR 16.2, a scheduling conference was held on October 14, 2022, before the Honorable Rom Trader, United States Magistrate Judge. Appearing telephonically at the conference were Alan Beck, Stephen Stamboulieh, John Price, Jennifer Tran, and Mana Moriarity.

Pursuant to Fed. R. Civ. P. 16(e) and LR 16.3, the Court enters this scheduling conference order:

### TRIAL DATE:

1.   NON-JURY trial in this matter will commence before the Honorable Rom Trader, United States Magistrate Judge on January 23, 2024, at 9:00 a.m.

### AMENDING PLEADINGS:

2.   All motions to join additional parties or to amend the pleadings shall be filed by March 29, 2023.

### EXPERT WITNESSES:

3.      Each party shall make the disclosures regarding expert witnesses or other witnesses with specialized knowledge as required by Fed. R. Civ. P. 26(a)(2) according to the following schedule:

      **a.**      All plaintiffs shall comply by June 13, 2023.

      **b.**      All defendants shall comply by August 14, 2023.

Rebuttal disclosures to a witness identified by another party pursuant to subparagraphs a and b hereinabove shall occur within thirty (30) days after the disclosure by the other party.

**DISCOVERY:**

4.      Unless and until otherwise ordered by the Court, the parties shall follow the discovery plan agreed to by the parties herein pursuant to Fed. R. Civ. P. 26(f).

5a.      Pursuant to Fed. R. Civ. P. 16(b)(3) and LR 16.2(a)(6), the discovery deadline shall be August 28, 2023. Unless otherwise permitted by the Court, all discovery pursuant to Federal Rules of Civil Procedure, Rules 26 through 37 inclusive must be completed by the discovery deadline.

  **b.**      Unless otherwise permitted by the Court, all discovery motions and conferences made or requested pursuant to Federal Rules of Civil Procedure, Rules 26 through 37 inclusive of LR 26.1, 26.2, and 37.1 shall be filed no later than July 27, 2023.

**MOTIONS:**

6.      Dispositive motions shall be filed by August 28, 2023.

7.      All other non-dispositive motions including any motion requiring an evidentiary hearing (including *Daubert* motions) shall be filed by October 25, 2023. This deadline does not include motions in limine or discovery motions.

**8.**     Motions in limine shall be filed by December 26, 2023.

Any opposition memorandum to a motion in limine shall be filed by January 2, 2024.

## SETTLEMENT:

**9.**     A settlement conference shall be held on October 12, 2023, at 10:00 a.m. by Video Conference (VTC) before the Honorable Wes Reber Porter, United States Magistrate Judge.

**10.**     Each party shall deliver to the presiding Magistrate Judge a confidential settlement conference statement by October 5, 2023. The parties are directed to LR l 6.5(b) for the requirements of the confidential settlement conference statement.

**11.**     The parties shall exchange written settlement offers and meet and confer to discuss settlement before the date on which settlement conference statements are due.

## TRIAL AND FINAL PRETRIAL:

**12.**     A Telephonic final pretrial conference shall be held on December 12, 2023, at 9:00 a.m. before the Honorable Rom Trader, United States Magistrate Judge.

**13.**     Pursuant to LR 16.4, each party herein shall serve and file a separate final pretrial statement by December 5, 2023.

**14.**     By December 26, 2023, the parties shall pre-mark for identification all exhibits and shall exchange or, when appropriate, make available for inspection all exhibits to be offered, other than for impeachment or rebuttal, and all demonstrative aids to be used at trial.

**15.**     By January 2, 2024, each party shall serve and file a final comprehensive witness list indicating the identity of each witness that the party will call at trial and describing concisely the substance of the testimony to be given and the estimated time required for the testimony of the witness on direct examination.

**16.** The parties shall make arrangements to schedule the attendance of witnesses at trial so that the case can proceed with all due expedition and without any unnecessary delay.

**17.** The party presenting evidence at trial shall give notice to the other party the day before of the names of the witnesses who will be called to testify the next day and the order in which the witnesses will be called.

**18.** The parties shall meet and confer regarding possible stipulations to the authenticity and admissibility of proposed exhibits by January 2, 2024.

**19a.** By January 2, 2024, the parties shall serve and file statements designating excerpts from depositions (specifying the witness and page and line referred to) to be used at trial other than for impeachment or rebuttal.

**b.** Statements counter-designating other portions of depositions or any objections to the use of depositions shall be served and filed by January 9, 2024.

**20.** By January 9, 2024, each party shall serve and file a trial brief on all significant disputed issues of law, including foreseeable procedural and evidentiary issues, setting forth briefly the party's position and the supporting arguments and authorities.

**21.** By January 9, 2024 the parties shall file any objections to the admissibility of exhibits. Copies of any exhibits to which objections are made shall be attached to the objections.

**22a.** The original set of exhibits and two copies (all in binders) and a list of all exhibits shall be submitted to the Court by January 16, 2024.

**b.** A thumb drive of all exhibits shall be submitted to the Court by January 16, 2024.

**23.** (RESERVED)

**24.** (RESERVED)

**25.** (RESERVED)

26. (RESERVED)

27. (RESERVED)

28. A final pretrial conference shall be held on January 9, 2024, at 9:00 a.m. before the Honorable Rom Trader, United States Magistrate Judge.

**PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW:**

29. Each party shall serve and file proposed findings of fact and conclusions of law by January 16, 2024.

**OTHER MATTERS:**

Court sets Telephone Conference for January 20, 2023, at 8:45 a.m. before Magistrate Judge Trader.  No submissions required.

For all telephonic hearings before Magistrate Judge Rom A. Trader, the parties and other participants must call-in at least five (5) minutes prior to the scheduled start time of the conference.  Call-in instructions are below:

Dial in number:    1-833-568-8864 (toll-free).

Meeting ID:        161 5641 6035.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 14, 2022.



Rom A. Trader
United States Magistrate Judge

Jon Abbott vs. Holly T. Shikada; 1:20-CV-00360-RT; Rule 16 Scheduling Order