# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-CV-00360-RT |
| CASE NAME: | Jon Abott, et al. vs. Anne E. Lopez |
| ATTY FOR PLA: | Alan Beck* |
| ATTY FOR DEFT: | John Price*<br>Jennifer Tran |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | ZOOM |
| DATE: | 01/20/2023 | TIME: | 8:44 AM-8:51 AM |

COURT ACTION: EP:   TELEPHONE CONFERENCE held.

Discussion had. Mr. Price reports Defendant no longer contemplating filing Rule 12 motion. Parties anticipate resolution on cross motions for summary judgment and expect to file motions after obtaining expert declarations. '

*Submitted by: Lian Abernathy, Courtroom Manager*