ANNE E. LOPEZ                                  7609
   Attorney General of Hawai'i
KIMBERLY T. GUIDRY                             7813
EWAN C. RAYNER                                10222
JENNIFER H. TRAN                              11590
   Deputy Attorneys General
Department of the Attorney
   General, State of Hawai'i
425 Queen Street
Honolulu, Hawai'i 96813
Telephone: (808) 586-1360
E-Mail:   kimberly.t.guidry@hawaii.gov
           ewan.rayner@hawaii.gov
           jennifer.h.tran@hawaii.gov

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JON ABBOTT, KEVIN LLOYD L. KACATIN, SOLEIL ROACHE,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaii,<br><br>Defendant. | CIVIL NO. 20-00360 RT<br><br>**FIRST JOINT STIPULATION TO CONTINUE TRIAL DATE AND EXTEND PRE-TRIAL DEADLINES**<br><br>Judge: Hon. Rom A. Trader |

# FIRST JOINT STIPULATION TO CONTINUE TRIAL DATE AND EXTEND PRE-TRIAL DEADLINES

Pursuant to Civil LR6.2, Plaintiffs JON ABBOTT, KEVIN LLOYD L. KACATIN, and SOLEIL ROACHE; Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaii (collectively, "the Parties"), hereby stipulate and agree as follows:

1. On October 14, 2022, this Court reopened the case following an administrative stay pending a decision in *Duncan v. Bonta*, 19 F.4th 1228 (9th Cir. 2022). ECF Nos. 19, 32. In *Duncan v. Bonta*, the Ninth Circuit Court of Appeals remanded the case to the District Court for the Southern District of California for further proceedings consistent with *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S.Ct. 2111 (2022). *Id.* Supplemental briefing regarding *Bruen* has been completed and the Parties expect the District Court for the Southern District of California to issue a ruling soon.

2. To give the Parties more time to consider the legal issues and the effects of expected forthcoming rulings in similar cases, including *Duncan v. Bonta*, 3:17-cv-01017 (S.D. Cal.), the Parties have agreed to continue for three months all existing deadlines in this case.

3. On October 14, 2022, the Court in this case issued a Rule 16 Scheduling Order. ECF No. 33. The parties hereby stipulate and request that the Court enter an

order extending by three months the deadlines established in the Court's October 14, 2022 Scheduling Order, as follows:

   a. Commencement of Non-Jury Trial is continued from January 23, 2024, to **April 23, 2024**, or another date convenient for the Court;

   b. The deadline for Plaintiffs' expert witness disclosures pursuant to Federal Rules of Civil Procedure (FRCP) Rule 26(a)(2) is extended from June 13, 2023, to **September 13, 2023**;

   c. The deadline for Defendant's expert witness disclosures pursuant to FRCP Rule 26(a)(2) is extended from August 14, 2023, to **November 14, 2023**;

   d. The deadline for completion of all discovery pursuant to FRCP Rules 26-37 is extended from August 28, 2023, to **November 28, 2023**;

   e. The deadline for all discovery motions and conferences made or requested pursuant to FRCP Rules 26-37 is extended from July 27, 2023, to **October 27, 2023**;

   f. The deadline for dispositive motions is extended from August 28, 2023, to **November 28, 2023**;

   g. The deadline for all other non-dispositive motions (excluding motions in limine and discovery motions) is extended from October 25, 2023, **January 25, 2024**;

    h. The deadline for motions in limine is extended from December 26, 2023, to **March 26, 2024**, and the deadline for any opposition memorandum to a motion in limine is extended from January 2, 2024, to **April 2, 2024**;

    i. The settlement conference scheduled for October 12, 2023, at 10:00 a.m. before Magistrate Judge Wes Reber Porter is continued to **January 12, 2024**, or another date convenient for the Court, and the Parties' deadline to deliver confidential settlement conference statements is extended from October 5, 2023, to **January 5, 2024**;

    j. The telephonic final pretrial conference scheduled for December 12, 2023, is continued to **March 12, 2024**, or another date convenient for the Court;

    k. The Parties' deadline to serve and file separate final pretrial statements is extended from December 5, 2023, to **March 5, 2024**;

    l. The Parties' deadline to mark and exchange, or make available, all exhibits to be offered at trial other than for impeachment or rebuttal, is extended from December 26, 2023, to **March 26, 2024**;

    m. The Parties' deadline to file final comprehensive witness lists, meet and confer regarding possible stipulations regarding the admissibility of exhibits, and file statements designating excerpts of depositions to be used at trial, is extended from January 2, 2024, to **April 2, 2024**;

n. The Parties' deadline to file trial briefs and any objections to the admissibility of exhibits, is extended from January 9, 2024, to **April 9, 2024**;

o. The parties' deadline to submit copies of exhibits and thumb drives of all exhibits to the Court, and file proposed findings of fact and conclusions of law, is extended from January 16, 2024, to **April 16, 2024**;

p. The final pretrial conference set for January 9, 2024, at 9:00 a.m., is continued to **April 9, 2024**, or another date convenient for the Court.

/

/

/

/

/

/

/

/

/

/

/

DATED: Honolulu, Hawaiʻi, May 17, 2023.

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaii

*/s/ Ewan C. Rayner*
KIMBERLY T. GUIDRY
EWAN C. RAYNER
JENNIFER H. TRAN
Deputy Attorneys General


Attorneys for Plaintiffs JON ABBOTT, KEVIN LLOYD L. KACATIN, and SOLEIL ROACHE

*/s/ Alan Beck*
ALAN ALEXANDER BECK
STEPHEN D. STAMBOULIEH


**APPROVED AND SO ORDERED:**

DATED: Honolulu, Hawaii, May 18, 2023.



Rom A. Trader
United States Magistrate Judge


Civil No. 20-00360 RT; *Jon Abbott et al. v. Anne E. Lopez, in her Official Capacity as Attorney General of the State of Hawaii*; First Joint Stipulation to Continue Trial Date and Extend Pre-Trial Deadlines