ANNE E. LOPEZ 7609
   Attorney General of Hawaiʻi
EWAN C. RAYNER 10222
JENNIFER H. TRAN 11590
   Deputy Attorneys General
Department of the Attorney
General, State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Telephone: (808) 586-1360
E-Mail: ewan.rayner@hawaii.gov
         jennifer.h.tran@hawaii.gov

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JON ABBOTT, KEVIN LLOYD L. KACATIN, SOLEIL ROACHE,<br><br>      Plaintiffs,<br><br>  v.<br><br>ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaii,<br><br>      Defendant. | CIVIL NO. 20-00360 RT<br><br>**FIRST STIPULATION TO STAY** |

### FIRST STIPULATION TO STAY

Pursuant to Civil LR6.2, Plaintiffs JON ABBOTT, KEVIN LLOYD L. KACATIN, and SOLEIL ROACHE; Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaii (collectively, "the Parties"), hereby stipulate and agree as follows:

1. A pending appeal before the Ninth Circuit Court of Appeals addresses legal issues that the Parties believe are highly pertinent to this case. On July 17, 2023, notices of appeal were filed in two consolidated cases—*Fitz et al. v. Rosenblum et al.*, 3:22-cv-01859-IM (D. Ore.) and *Azzopardi et al. v. Rosenblum et al.*, 3:22-cv-01869-IM (D. Ore.)—which present a challenge to Oregon's ban on magazines capable of holding more than 10 rounds of ammunition. The plaintiffs/appellants claim that the Oregon law is unconstitutional under the Second Amendment.

2. The Ninth Circuit has set a briefing schedule in these appeals, with opening briefs currently due on October 25, 2023, and answering briefs currently due on November 24, 2023. *See Fitz*, No. 23-35478, Dkt. 1-1 (9th Cir.); *Azzopardi*, No. 23-35479, Dkt. 101 (9th Cir.).

3. The Parties believe that the pending *Fitz* and *Azzopardi* appeals will provide important guidance for other challenges to laws pertaining to large-capacity magazines within the Ninth Circuit, including this case. To conserve judicial and litigant resources, therefore, the Parties respectfully request a stay in this litigation for a period of six months from the date of this stipulation.

DATED: August 9, 2023

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaii

/s/ Ewan C. Rayner
EWAN C. RAYNER
Deputy Attorney General

Attorneys for Plaintiffs JON ABBOTT, KEVIN LLOYD L. KACATIN, and SOLEIL ROACHE

/s/ Alan Beck
ALAN ALEXANDER BECK
STEPHEN D. STAMBOULIEH

**APPROVED AND SO ORDERED:**

DATED: Honolulu, Hawaii, August 10, 2023.



Rom A. Trader
United States Magistrate Judge

Civil No. 20-00360-RT; *Jon Abbott, et al. v. Anne E. Lopez, in her Official Capacity as Attorney General of the State of Hawaii;* First Stipulation to Stay