ANNE E. LOPEZ 7609
Attorney General of Hawaiʻi

EWAN C. RAYNER 10222
Deputy Solicitor General
Department of the Attorney
General, State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Telephone: (808) 586-1360
E-Mail: ewan.rayner@hawaii.gov

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity
as the Attorney General of the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JON ABBOTT, KEVIN LLOYD L. KACATIN, SOLEIL ROACHE,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi,<br><br>Defendant. | CIVIL NO. 1:20-cv-00360-RT<br><br>**JOINT STATUS REPORT** |

# JOINT STATUS REPORT

Pursuant to this Court's November 3, 2025 Entering Order (ECF No. 66) requiring the Parties to submit a joint status report by February 27, 2026, regarding the status of the appellate proceedings in *Duncan, et al. v. Bonta*, appeal No. 25-198 (U.S.), Plaintiffs JOHN ABBOTT, KEVIN LLOYD L. KACATIN, and SOLEIL ROACHE ("Plaintiffs") and Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi ("Defendant"), (collectively, "the Parties"), submit this Joint Status Report.

1. The Ninth Circuit en banc panel in *Duncan* issued its decision on March 20, 2025. *See Duncan*, No. 23-55805, Dkt. 92.

2. On August 15, 2025, Petitioners Virginia Duncan et al., filed a Petition for Writ of Certiorari in the Supreme Court of the United States (the "Petition"). *See Duncan et al. v. Bonta*, No. 25-198 (U.S.).

3. On October 20, 2025, the Respondent in *Duncan*, Rob Bonta, Attorney General of California, filed his Brief in Opposition to the Petition for Writ of Certiorari. *Id*.

4. On November 5, 2025, Petitioners filed their Reply Brief. *Id.*

5. The Petition has been distributed for Conference on 12/5/2025, 12/12/2025, 1/9/2026, 1/16/2026, 1/23/2026, 2/20/2026, and 2/27/2026. *Id.*

DATED: February 27, 2026.

Attorney for Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi

*/s/ Ewan C. Rayner*
EWAN C. RAYNER
Deputy Attorney General

Attorneys for Plaintiffs JON ABBOTT, KEVIN LLOYD L. KACATIN, and SOLEIL ROACHE

*/s/ Alan A. Beck*
ALAN ALEXANDER BECK
STEPHEN D. STAMBOULIEH